UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 08-78

DEVERN MORGAN                               SECTION: R


## ORDER AND REASONS

The Court of Appeals for the Fifth Circuit has remanded the above-captioned matter to this court for the limited purpose of determining whether the untimely filing of defendant's notice of appeal was due to excusable neglect or good cause pursuant to Federal Rule of Appellate Procedure 4(b)(4).

IT IS ORDERED that no later than 20 days from the date of this order, defendant shall submit a written explanation of any circumstances relevant to a determination of good cause or excusable neglect. Petitioner should explain any reasons for the delayed filing of the notice of appeal.

New Orleans, Louisiana, this _____1st_____ day of February, 2013.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE